IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JORGE RAMIREZ, | |
| Plaintiff(s), | |
| v. | CIVIL NO.: 15-2487 (CCC) |
| PUERTO RICO TOURISM COMPANY, | |
| Defendant(s). | |

**PRETRIAL AND SETTLEMENT CONFERENCE MINUTES**

A Pretrial and Settlement Conference was held on December 7, 2020. Counsel Eduardo Jenks, Julian Rivera, Roberto Quinones, Eduardo Cobian and Isabel Torres were present.

The estimated trial duration is 8-10 business days. The parties shall not amend the list of witnesses named in the proposed pretrial order. If a party decides not to call at trial a particular witness announced in the proposed pretrial order, that party must make that witness available to the opposing side should the opposing party want to call him or her to testify. Failure to do so may result in an adverse jury instruction. The proposed pretrial order (ECF No. 178) shall be deemed amended to include plaintiff's list of proposed exhibits tendered in ECF No. 123-1. Trial exhibits and exhibit lists must be submitted to the courtroom deputy clerk one week before trial.

The parties were encouraged to increase the number of stipulated facts and joint exhibits (or exhibits admitted without objection), as it is evident that there are certain facts where there is no real controversy between the parties. Motions *in limine*, proposed jury instructions, proposed verdict form, and proposed *voir dire* are due on **January 20, 2021**. The matter of settlement was

discussed, and settlement alternatives were explored. The parties were urged to use the month of December, 2020 to try to reach a meeting of the minds.

S/Marcos E. Lopez<br>
U.S. Magistrate Judge

Scheduled for: 9:30 AM

Started at: 9:38 AM

Ended at: 10:52 AM